BERTRAM L. MARKS, as Ancillary Executor of JOHN B.
MORGAN, Deceased, Respondent, *v.* L. LAFLIN KEL-
LOGG, as Executor of GEORGE H. MORGAN, Deceased,
Appellant.

Reported below, 170 App. Div. 464.
(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-

cial department, entered December 16, 1915, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover a legacy.

The motion was made upon the ground that the appeal was frivolous and presented no question of law for review.

*Louis Lowenstein* for motion.

*William K. Hartpence* opposed.

Motion denied, with ten dollars costs.